

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Author J. Manning, Jr., Appellant

No. 06-24-00093-CV      v.

Attorney General of Texas, Appellee

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2001-1995-DR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

       As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

       We note that the appellant, Author J. Manning, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 18, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk